convicted for unlawful possession of narcotics. The judgment was affirmed on appeal, 10 Cir., 255 F.2d 202. The trial court denied relief without a hearing on the grounds that the petition when examined in the light of the transcript of the proceedings on direct appeal presented no new grounds for granting relief. Out of an abundance of precaution an appeal in forma pauperis was granted and counsel was appointed. Counsel has filed a memorandum brief in which he states that the matters presented now under 28 U.S.C. § 2255 were conclusively resolved in the direct appeal.

Upon consideration of the record and files in the case, we agree with the trial court. The judgment is affirmed.

---

**Dudley C. HARBOLD, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 7489.**

United States Court of Appeals
Tenth Circuit.

Jan. 8, 1964.

William G. Fields for appellant.

John Quinn, U. S. Atty., for appellee.

Before MURRAH, Chief Judge, HILL, Circuit Judge, and KERR, District Judge.

PER CURIAM.

The petitioner in this proceeding to vacate under 28 U.S.C. § 2255 was tried and

[1]. Prior to his death Judge Clark had indicated his intention to vote for affirmance.

---

**Ludwic FUSILIER, Appellant,**

v.

**MISSOURI PACIFIC RAILROAD COMPANY, Appellee.**

**No. 20747.**

United States Court of Appeals
Fifth Circuit.

Jan. 15, 1964.

J. Nilas Young, Eunice, La., L. O. Fusilier, Ville Platte, La., for appellant.

Edward Dubuisson, Opelousas, La., for appellee.

Before TUTTLE, Chief Judge, GEWIN, Circuit Judge, and BREWSTER, District Judge.*

PER CURIAM.

The judgment of the trial court is affirmed.

* Of the Northern District of Texas, sitting by designation.